24-2240. You don't have to move. Councillor Lamkin, you have four minutes of rebuttal time. Yes, thank you. All right. May it please the Court, it's good to be back. The invention here is not a new invention.  The invention here allows more memory to be jammed into a single stacked package, critical for burgeoning AI, while resolving load and power problems that would otherwise slow those structures down. I'd like to begin with Claim 1 of the 060 patent, where the Court adopted a combination that required abandoning the references principle of operation, before turning to Claim 7, which is reducing a difference in load by selecting the number of array dies, and Claim 15, which requires multiple drivers, different sizes, not taught in the prior arts version of a single variable power driver. For the 060 and 160 patents, the PTAB committed a legal error in ruling that skilled artisans would be motivated to combine KIM, which does not have shared TSVs across array dies, and warns against that with Rajan's Figure 4 to arrive at something with shared TSVs. And the problem is that it's fundamentally at odds with the nature of KIM's invention. If you turn to the KIM patent, on page 3629 of the appendix, there's no real dispute that KIM teaches having a DRAM, where you take out DRAM array dies, you take out the IO, the data input output circuit that controls timing, and instead you move it out and you have them share that timing circuit. So your different array dies are going to be sharing that IO. And it explains that without those individual, this is paragraph 42 on 3631, without those individual IOs, one for each array die, you're going to have a problem with unavoidable data collisions. Because the write takes a while to be effectuated, the read is immediate. So if you do a write followed by a read, the data is going to collide. And so the KIM teaches a remedy for that. It has what's called a rank selection circuit. Basically a switch that's going to be connected to one array die or another. It chooses one. Select the rank. Which one are you going to be connected to? That switch, that whole invention, is the exact opposite of our invention. Our invention requires the dies, multiple dies, to be an electrical connection. It requires a group of array dies, an electrical connection. The rank selection switch is teaching the opposite. Connect to one and one only one at a time to avoid data collisions. And the board's treatment of KIM basically abandons the entirety of its principle operation. KIM is about, hey, share IO circuits. And then have a fix because you're going to have data collisions. The fix is one TSV per array die. So you don't have any sharing. And then when it comes time to hit the IO circuit that's shared, have a switch. Connect only one at a time. And the only way to combine KIM with Rajan is to say, we're going to throw out everything that KIM taught as an invention. We're going to throw out everything that KIM taught as a solution to the problem. We're going to ignore KIM's problem of these unavoidable data conflicts. Now, the KIM never expressly limits itself to one-to-one relationships, does it? Oh, no, it does, actually. It uses the phrase, and this is on page 3629, paragraph 17. It says the TSVs are respectively connected to the dies, each die. Each TSV to each respectively connected. That phrase, respectively, means one to another. And in addition to that— We don't have a claim construction here of respectively. But for you to prevail on this issue, do we need to agree with you that KIM, and I recognize all the disclosed embodiments are one-to-one, do we have to agree with you that KIM only teaches a one-to-one relationship? Well, I don't think you need to teach that KIM only teaches a one-to-one relationship. But KIM definitely has a solution. Its invention is to maintain that one-to-one relationship because it has the rank selection switch. If you have one line coming in, you choose that, and then you might choose another one. But that rank selection switch, the entirety of its invention, if you're going to have a shared I.O. circuit, you need to have the selection switch so you're only connecting to one at a time. That is impossible to reconcile with the notion of sharing TSVs. It is impossible to reconcile with combining it with Rajan in order to come up with this shared TSV version that is our invention. You're going to have to have the motivation to combine KIM itself. When KIM tells you, unavoidable data collisions if you're sharing. When KIM tells you, use a rank selection slip to avoid it. And it's especially problematic because if you look at Rajan itself, figure 2, 3644, Rajan has multiple different ways where you can hook things together. But its figure 2 on 3644 doesn't have shared arrayed I.Os. Its figure 6 on the next page doesn't have those shared TSVs again. So Rajan gives you a menu of options. And I don't understand how you could start with Rajan in these figures where you have one arrayed I, one TSV as an option, and say, well, I'm being motivated to combine it with KIM, which teaches exactly the opposite of that. If I could turn briefly to claim 7 then, unless the court has more questions on KIM and the combination of Rajan. But the basic idea is you can't combine KIM when KIM teaches the exact opposite. You can't combine with KIM when KIM's principle of operation have to be abandoned. So on claim 7, and claim 7 requires selecting the number of arrayed I.Os to each TSV, quote, to reduce a difference in load. The PTAB construed that to encompass Rio, which teaches having equal TSVs so there's no difference in load to begin with. That omits both elements of claim 7. Claim 7 says, Rio doesn't teach selecting the number of arrayed I.Os. It says nothing about the number of arrayed I.Os at all. And it doesn't do it to reduce the difference in load, because Rio has no difference in load. It's simply not possible to reconcile that with the actual construction of the claim. And Rio's pretty much the opposite dimension. Rio's fundamental insight is have equal linked TSVs so you don't have a difference in load. That's one way to solve a problem. I understand why you're saying construe, but here I think that's a problem for you. There is no construction of reduce a difference. So while you argue that reduce a difference means you always, every time to practice this claim, must have some difference that's non-zero, nothing actually reads out the embodiment where occasionally there is zero difference, so we don't need to reduce it. No, I think it does for two reasons. First, it is a claim construction here. Appendix 123. Sorry, you didn't ask for this construction that you're now implicitly asking for from us, correct? Well, we did argue exactly what we thought the plain meaning was. In the plain meaning it says you have two things. You have a reduction in load, and you adjust the number of arrayed IOs in order to reduce the load. But now you're arguing something other than plain meaning. No, I don't think so, because the words in the claims are to reduce a difference in load, and selecting the number of arrayed IOs. Rio doesn't have a difference in load, and it doesn't select a number of arrayed IOs to correct it. It chooses an entirely opposite solution. You can't get there from here, because Rio teaches, hey, let's just not have a difference in load to begin with by having equal length TSVs. And then it doesn't teach you anything at all about selecting a number of arrayed IOs in view of load. It's indifferent to that. In fact, when it gets there, when it talks about the possibility of load differences, it teaches a different solution entirely. If the court turns to page 3688, it's paragraph 99. And this is, it talks in paragraph 99 about manufacturing variations about four lines down in TSVs. And it says, oh, there might be slight differences in load because of these manufacturing variations. And then it proposes a solution. Test them, and the resistance values of the resistance elements can be finally adjusted by the use of trimming elements. So it's thinking the exact opposite. It's not saying, oh, adjust the number of arrayed IOs. It's saying, let's add more resistance. That's, again, the exact opposite. The words of the claim themselves require selecting the number of arrayed IOs. Not in Rio. And it needs to reduce the difference in load. There's no difference in load in Rio. It's really quite impossible to recognize. Can you help me with table one in your specification? For instance, in the 060 and A187. And I'll admit, this technology I find very complicated. But some of the numbers on that table are identical to each other if I go across different entries. And plus, it's all talking about changing the number of arrayed IOs or the length of the TSVs. Wouldn't one of skill in the art looking at that table contemplate that sometimes the inventor had in mind that there would not be a difference that needed to be reduced occasionally? Well, so if you didn't have a difference and you didn't adjust the arrayed IOs, you wouldn't be practicing the invention. That's correct. But if you have a difference and you do an adjustment, as table one shows, to reduce the difference, then you have practiced the invention. So if you just practiced Rio, you wouldn't be infringing. But the problem is Rio doesn't show and doesn't anticipate this. Because Rio doesn't have a difference in resistance, a difference in load. And it doesn't have an adjustment in the number of arrayed IOs. It's simply missing the two critical components of this claim. And it's really hard to say that Rio somehow shows that this was already out there and skilled artisans knew exactly what to do. If I could turn, then, time remains to Wyman. Actually, yes, Wyman. This is the invention where you move to different multiple-size drivers as opposed to having multiple different-size drivers as opposed to having a single variable driver. And so the claim is that a first data conduit comprises a first driver having a first size and a second data conduit having a second driver size. And the board said, well, we're going to say that Wyman discloses that. But Wyman is, again, the opposite. Wyman talks about its title is variable off-chip drive. So we have a single variable-size drive. And if you looked at figure five, you can see it's on page 3699. You can see the driver. It's 500. And what it teaches is that these various points along this driver, you can tap off. And you can get different power sections. So if you want very little power, you go at T0. If you want more, T1, more T2, more T3. That is not lots of different drivers. It's a single variable driver. You simply can't take this claim and get to it from Wyman when Wyman is teaching the opposite, these variable-size drivers. In fact, Wyman actually disparages our claim, these individual ones. It describes having individual drivers as wasteful and inefficient. And it describes its own technique of having one variable one as an advantage, a level of design flexibility, because it enables a designer to adjust and minimize power consumption. That's, again, the opposite of what this claim teaches. The board, maybe the board can come up with some other rationale to know what happened. But looking at Wyman as sort of the sole basis, Wyman is teaching the exact opposite. There's no way you can get there from here. If the court has no questions on this, I will surrender the reigning three minutes I have and thank the court for its time and attention. I'm guessing my colleague actually wants those three minutes for rebuttal. You're going to give it away. I'll give them to you if you want them. It's been a little bit longer for me, Your Honors, but I'll use the same order that you heard from my colleague. So starting out with Claim 1, we go straight to Kim in this Paragraph 42 and this idea of unavoidable collisions. Paragraph 42 is cited over 10 times in each one of their briefs. But I'll note Paragraph 44 gets no action whatsoever in the briefs that Netlist files, and there's a very good reason for that. Paragraph 44 of Kim explains that the way you get out of the unavoidable collision, and this is at lines 4 through 6 of Paragraph 44, so we're on 3631. My apologies for not giving you the page number, and I'll certainly let you get that. Page number again? It's 3631, Your Honor, and that is in the first volume. Paragraph 44, if you look at lines 5 and 6, you'll see the way you get around the data collisions, as described above, is by using chip selection signals. That's what it says there. So when we keep hearing about unavoidable, unavoidable, unavoidable, the reality is the prior art said they're avoidable, and here's how you do it, chip selection signals. This is really important because this is the problem with the arguments that were made below by Netlist that the board caught onto. And the board analyzed this in its analysis on page 107 of the record. So if you'll move with me to 107, which is in the final written decision for the 060 patent. You'll see in the first full paragraph there, Dr. Broglioli, who is Netlist's – oh, sorry, you're not there yet, Your Honor. What is the page again? 107, Your Honor. So this is the first full paragraph. Dr. Broglioli's assumption of no change in operation with the addition of two ranks fails to account for the combined teachings of Kim and Rajan and the knowledge and skill of this person of ordinary skill in the art. And then at the bottom of that page, the board points out, Dr. Wolf, however, testifies that Rajan teaches emulation techniques, including rank multiplication techniques, and that Rajan, turning the page to 108, teaches rank multiplication by generating chip select signals for each chip in the stack. In other words, Samsung proposed exactly what Kim says solves the unavoidable collisions. You use chip select signals for each chip in the stack. So all these citations to paragraph 42 are ignoring the actual combination, as the board realized, that Samsung had proposed. Doesn't the board also allude, though, to suggesting that one of skill in the art wouldn't really care that much about avoiding collisions and this really isn't a problem, which would not be supported by the facts, I think. Well, that's a separate argument that the board makes. They are pointing to the fact that their patent says reduce or prevent, which kind of suggests that, well, maybe it's only OK to reduce. But frankly, Your Honor, when you look at that discussion, and that discussion is at 103. So if we could turn there just a few pages previous. So that point is made right in the middle of the page, right after that big block quote from the shared specification. And they say, because it mentions reducing or preventing signal collisions, that suggests there is no prohibition on signal collisions. Prohibition, obviously, is a really strong term. That doesn't mean we want signal collisions, but there's no prohibition. But I think really important, Your Honor, is if you move down that page to the bottom, the four lines up from the bottom, furthermore, so this is a separate point being made by the board, the above quoted passage from the 060 patent does not provide any particular details on how to control timing to reduce or prevent collisions, suggesting that this was within the knowledge and skill of a person of ordinary skill in the art. They don't contest that in their briefs. The board found, based on their own shared specification, which just gave you a black box and said, you know how to do it. Prevent collisions. The board found that suggested a person of ordinary skill in the art did know how to do it. But isn't there something odd about that? Kim, I think, makes clear that we don't want any collisions. We want to prohibit them. And yet the board is saying you would use them in a combination that might lead to some collisions like the challenge patent. It seems contrary to what Kim teaches, at least. Well, Kim teaches in paragraph 44. You should avoid collision by using read select signals, which is exactly the combination Samsung put forward, which is. And the board said that's the combination here. And that was the big problem with the expert testimony from Netlist, because it wasn't addressing the actual combination. The expert testimony from Netlist was, oh, you've only got these two read select signals for four different guys. No good. The problem was that's not what Samsung was proposing. The board found that very clearly as a factual matter. And I'll note that the teachings of Kim, the teachings of the shared specification, these are all factual issues for the board. The board had support to say, yes, Kim doesn't want the collisions, but Kim says read select signals are the way to avoid them. And that's what the combination achieves. And that was supported also by expert testimony, which the board cites too, which is the Wolf testimony on page 108 and 109. So we have a lot of evidence backing up the fact that the read select signals, which are the actual combination proposed by Samsung, they're taught by Rajan. Rajan has its own analysis of using timing to avoid collisions. And that is in appendix 3663, which specifically references that those separate chip select signals can avoid collisions. And just for the record, that's at column 6, lines 34 to 38. So all of that supports the idea that exactly as Kim says, if you use read select signals, you avoid the collisions. The one other thing I'll note is I heard from my colleague that there's this whole issue about I-O and that Kim is all about one I-O. Well, there are a couple of things that you need to look at in Kim to realize that's not the case. Kim is not teaching one I-O circuit as an essential of the invention. First of all, if you look at figure 2 of Kim, and this is on page 3624 of the record, you'll see there that there is a shared data inputs output section. But then there is an input output driving section for each of the ranks. Now, that is different than figure 5, which is three pages later. If you look at appendix page 3627, the appendix 5 identifies 1000 as the input output. Kim taught both options, right? It taught you could do it either way. And the language of the Kim specification backs that up. So if you turn a few pages later to 3631 and look at paragraph 48, so that's about two-thirds of the way down, you'll see that Kim specifically talks about the fact that it is sufficient for a shared data input output section to be disposed in at least one of the main chip and the first and second die chips. So Kim was very open about you can put the I-O in various spots. There is no essential teaching of just one I-O. It's just not here. These were factual matters that the board looked at and decided against netlist. They really, on our standard of review, they shouldn't be subject to re-weighing of the facts under this court's law. I would like to turn to claim 7, which my colleague also addressed. First of all, I mean, I think the panel indicated this. There was no request for claim construction here. And if you look at the board's discussion of claim 7, the board doesn't do any claim construction. It doesn't cite the specification. It doesn't cite dictionaries. It only uses the language of the claim. So this is not a claim construction issue. It's a substantial evidence issue as to the factual conclusions of the board in applying the claims themselves. Secondly, we need to understand that reducing to zero is reducing. We keep hearing that, oh, well, what we have taught in REHO is how to get to equal loads. Well, that is reducing the difference because it's reducing the difference to zero. The real problem with what my colleague is talking about is he's not addressing the combination. The combination, remember, is Kim and Rajan and then adding REHO. Kim and Rajan show different length TSVs. So you would have this difference in load. REHO teaches, okay, take that and instead have this reduction to zero. That's a reduction. And that was a reasonable interpretation, a reasonable application. There was no claim construction here. So all we're looking at is whether the board reasonably interpreted and adapted the language. Now, my colleague's briefs point to, well, the board says requires and the board says scope. But if you look at each of the paragraphs they're citing, all the board does is say quotes the claim language. There is no construction. And frankly, even on appeal, there's no construction really put forward by the other side. And that's because they didn't have one below. Finally, let's turn to Claim 15. And, of course, if the panel has any questions on that one. Claim 15, this is the question of the separate drivers. The board pointed out how Wyman taught the option. Again, this is kind of like the Kim argument they're making, right? They cherry pick one part of a prior art reference and say, oh, it's only about this. But the board found, reasonably looked at Wyman and found on appendix page 134. If we could turn to 134. So this is the back of the 060 Final Written Decision when they're getting to one of these later claims. They spend several pages looking at Wyman. And they point out on page 134, about seven lines down, Wyman expressly discloses that a suitable option involves disabling unneeded transistors and not using taps. If you remember what they focused on were the taps with the different levels of driving. Not using taps to provide selectable drive levels. Furthermore, we find that Wyman's disclosure of providing different drive strengths with different numbers of transistors would result in drivers of different physical size consistent with the disclosure of the 060 patent. So going to the next paragraph. Based on the foregoing, we find that Wyman teaches using different amounts of signal drive for different lengths of TSVs. And that a person of ordinary skill or in the art would have recognized that different physically separate drivers can be used to provide those different amounts of signal drive. The board looked at Wyman as a whole. It didn't cherry pick particular phrases and came to a finding based on substantial evidence. If there are no further questions, I'll give up the rest. I will surrender the rest of my time. I just wonder if you would take a few seconds. Of course. We spent all morning with you nice people. Could you help me make sure I understand how these four cases relate together? The three IPR appeals cover every claim that was at issue in the trial, is that right? Yeah, that's my easy answer, right, Your Honor. Just affirm the IPR appeals and it goes away. Yes, they cover every claim. That's one option. I understand. And we all knew that, but go ahead. But I guess alternatively, if we vacate and remand or reverse in any part of any of the three IPR appeals, then I guess we need to dig into the merits of your appeal from the trial. Is that right? With regard to particular patents, that would be true, Your Honor, in the sense that the verdict form had separate determinations as to patents, but not separate determinations as to claims. So, for example, my colleague is challenging some dependent claims. So if only a dependent claim were found to need to go back to the patent office, that would vacate and remand the jury verdict because there isn't a finding by the jury as to dependent claims. So with that tweak, Your Honor, I would agree. Okay, thank you. Of course. Was there a discussion of a stay or anything like that at the district court? I would actually defer to my colleague, Mr. Cordell, on that. I was not at the district court.  It's all right. We can find that out. Okay. Any other questions? No. Okay. Thank you. You have two minutes. I suspect you're not going to give me that much time. You have three minutes, so we will. Thank you so much. So I'd like to begin where my colleague began, which is with paragraph 44, and that's on page 3631. And the argument is, oh, the board found, and Kim discloses, that your answer is a chip selection switch. Chip selection switch. But that's not what paragraph 44 is talking about. It says that it has a rank selection unit, 1100, which responds to the chip selection switch. So we are talking about having a switch between these data lines where it's only connected to one at a time, right? Rank selection switch. And if you look down further on that page, it talks about, you know, if you get CS0, which is a chip switch, the right-selecting unit or the rank-selecting unit is connected to the first data input output. So it's only connected to one. And the bottom, it says if you get the other one, it's connected to the other. So it's connecting only to one line at a time with this rank selection switch. That is the precise opposite of our invention. Our invention requires you to be electrically connected to a group of array dyes. One group. Not just one, but a group. And so this is teaching the exact opposite of what our invention is. Select one array dye, one TSV to be connected with through a rank-selecting switch, because otherwise you're going to have these data collisions. The chip selection switch, and then the other problem with the chip selection switch argument is the board never finds that chip selection switches are actually a solution. It never says, you can solve this with chip selection switch. And it would be odd to do that because Kim didn't think the chip selection switches alone would do it. It needed this rank selection switch that is the exact opposite of our invention. The board did fault us and say you only looked at two chip selection switches and not four, but it never says you can do it with four. So turning then to the fact that in our invention we don't say, oh, you need this special selection switch. We don't worry about data collisions. There's a reason for that. Our invention uses the typical setup where every array dye has its own I.O. So you have your own timing solution built in. Raja has its own I.O. for each of the memory circuits. That's built in to solve the problem. You get the problem if you start with Kim, or you try to incorporate Kim, where you've taken out the I.O. and you've shared it. Then you're going to have data collisions. And the only way to combine Kim with Raja is to take all of Kim away, the shared I.O. circuit, take away its solution, the rank selecting switch, and to then combine it with something else. And that's simply not the way it works. And finally, if you were to turn to the picture that my colleague points to, figure 2 on 3624, that is, if you want to see if there's actually only one I.O., you can tell. It says shared data input output section. That is your I.O. circuit. The driving section, that's the driver that puts power in. It's not a shared I.O. circuit that controls timing. Finally, I have four seconds left. What's missing from Rio is selecting the array die, the number of array dies, in order to reduce the difference. There's no selecting of array dies. Thank you, Your Honor. I appreciate your time and patience. We thank the parties for their arguments. This court now rises in recess. All rise.